## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MARIE BOAN,

     Plaintiff,

v.                                 CASE NO.: 4:22-cv-00369-AW-MAF

FLORIDA DEPARTMENT OF
CORRECTIONS,

     Defendant.

_____/

## DEFENDANT'S MOTION TO TAX COSTS

Defendant, Florida Department of Corrections ("FDOC"), pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.2, moves the Court for the entry of an order taxing costs against Plaintiff and files its Bill of Costs simultaneously with this motion, a copy of which is attached as Exhibit A.

## MEMORANDUM OF LAW

A prevailing party in a civil case in federal court may recover his costs incurred in prosecuting or defending that action. Pursuant to Rule 54(d) "[u]nless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party."

Expenses that may be taxed as costs include, but are not limited to:

1.     Filing fees paid to the clerk of court.

2.   Fees for service of process in an amount not exceeding the amount that would be charged by the United States Marshal for performing the same service.

3.   Fees of a court reporter for attendance at, and for the original and a party's first copy of a transcript of, any trial, hearing, or deposition in the case at bar.

4.   Fees actually paid to witnesses who were subpoenaed and testified at a trial, hearing, or deposition, for attendance and travel, in an amount not exceeding the statutory rate, and fees for service of subpoenas on such witnesses. Expert witness fees in excess of those payable to nonexpert witnesses are not taxable.

5.   The fee paid or cost incurred internally for copies made for the court and adverse parties of exhibits, pleadings, or other papers filed with the court, not including copies of papers that were or properly should have been filed and served electronically. The cost of enlargements, special graphics, computer presentations and animations, and physical exhibits or models will not be taxed by the clerk.
. . .

8.   Fees taxable under 28 U.S.C. § 1923.

Standing Order on Allowable Items in Taxation of Costs (NDFL, Sept. 21, 2004).

However, "[i]nclusion or exclusion of a category of costs from these standards expresses no view of the court on whether such costs ultimately should or should not be taxed." *Id.*

FDOC seeks to recover the following costs incurred during this litigation:

| DESCRIPTION | COST |
|---|---|
| Court Reporter Fees | $6,586.82 |
| Shipping Costs* | $10.00 |
| WestLaw Fees* | $4,666.82 |
| Costs for Service of Summons/Subpoena | $337.00 |
| Mediation Services* | $980.00 |
| **TOTAL:** | **$12,580.64** |

* = item is included in "other costs" on Bill of Costs

2

FDOC is presumptively entitled to recover these costs under Rule 54(d) and 28 U.S.C. § 1920. *Delta Air Lines, Inc. v. August*, 450 U.S. 346, 352 (1981) ("liability for costs is a normal incident of defeat"); *see also Head v. Medford*, 62 F.3d 351, 355 (11th Cir. 1995) (finding that "defendants were the prevailing party in the district court for purposes of Rule 54(d) and are entitled to their costs unless the district court has some special reason to deny the costs."). Specifically, Rule 54 authorizes the taxation of "[f]ees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. § 1920(2), "[f]ees and disbursements for printing and witnesses," 28 U.S.C. § 1920(3), and "[f]ees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case," 28 U.S.C. § 1920(4).

WHEREFORE, Defendants move the Court for the entry of an order taxing costs against Plaintiffs.

/s/ *Thomasina F. Moore*
Thomasina F. Moore (FBN 57990)
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301-1724
Telephone: 850-577-9090
thomasina.moore@gray-robinson.com
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on September 13, 2023, the foregoing document was filed through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Thomasina F. Moore*
Thomasina F. Moore (FBN 57990)
GRAYROBINSON, P.A.

## <u>CERTIFICATE OF COMPLIANCE WITH</u><br><u>LOCAL RULE 7.1(F)</u>

The undersigned certifies that this Motion contains approximately 570 words.

*/s/ Thomasina F. Moore*
Thomasina F. Moore (FBN 57990)
GRAYROBINSON, P.A.

AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

## for the

### Northern District of Florida

| | | |
|---|---|---|
| Marie Boan | ) | |
| | ) | |
| v. | ) | Case No.: 4:22-cv-00369-AW/MAF |
| Florida Department of Corrections | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,

Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 337.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 6,586.82 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,905.86 |
| **TOTAL**   $ | 13,829.68 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

---

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service          ☐  First class mail, postage prepaid

☐  Other:

s/ Attorney:  *Thomasina Moore*

Name of Attorney:  Thomasina Moore

For:  Florida Department of Corrections          Date:  09/13/2023

Name of Claiming Party

---

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| Clerk of Court | Deputy Clerk | Date |
|---|---|---|

# EXHIBIT A

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

9/13/2023
11:22 AM

Case 4:22-cv-00369-AW-MAF   Document 70   Filed 09/13/23   Page 7 of 8

Greg Robinson, P.A.
Client Detailed Time And Expense Report
Date Range (Time): 9/13/2023 to End of Time  (Disb): Beginning of Time to End of Time          Currency: USD

Report:GRTIME12
Req'd By: JKobelitsch

| Client: | 271021 | Florida Department of Corrections | | Bill Tkpr: | 1955 | Moore, Thomasina F. | Client Last Payment: | 9/7/2023 |
| Matter: | 3 | | an, Marie | Resp Tkpr: | 1955 | Moore, Thomasina F. | Matter Last Billed: | 8/29/2023 |

**Detailed Disbursements Section (Matter)**

| Tkpr | Date | Code | Amount | | Disbursement Description |
|---|---|---|---|---|---|
| 1955 | 2/15/2023 | HOTEL | 240.69 | B | VENDOR: Thomasina Moore INVOICE#: 5758120503201740 DATE: 3/20/2023   Travel to Miami for depositions. |
| 1955 | 2/15/2023 | MEAL | 18.30 | B | VENDOR: Thomasina Moore INVOICE#: 5758120503201740 DATE: 3/20/2023   Travel to Miami for depositions. |
| 1955 | 2/16/2023 | CAR | 75.52 | B | VENDOR: Thomasina Moore INVOICE#: 5758120503201740 DATE: 3/20/2023   Travel to Miami for depositions. |
| 1955 | 2/16/2023 | CAR | 80.73 | B | VENDOR: Thomasina Moore INVOICE#: 5758120503201740 DATE: 3/20/2023   Travel to Miami for depositions. |
| 1955 | 2/16/2023 | AIRFAR | 833.80 | B | VENDOR: Thomasina Moore INVOICE#: 5758120503201740 DATE: 3/20/2023   Travel to Miami for depositions., 02/15/2023-02/16/2023 |
| 1955 | 3/3/2023 | DEPO | 554.20 | B | VENDOR: For The Record Reporting, Inc. INVOICE#: 15754 DATE: 3/3/2023   Copies of deposition transcripts. |
| 1955 | 3/13/2023 | SOP | 233.00 | B | VENDOR: Litigation Process Servers, LLC INVOICE#: JDA-2023000676 DATE: 3/13/2023   Service of Subpoena on Dr. Leonel Mesa |
| 1955 | 3/13/2023 | SOP | 104.00 | B | VENDOR: Litigation Process Servers, LLC INVOICE#: JDA2023000675 DATE: 3/13/2023   Rush Service of Subpoena on Shaughn Bennett |
| 1955 | 3/24/2023 | CRTRPT | 164.49 | B | VENDOR: Lexitas INVOICE#: 288943 DATE: 3/24/2023   Court reporter remote appearance |
| 2077 | 3/27/2023 | COMPUT | 2,985.09 | B | Westlaw - SOMMERS |
| 1955 | 3/28/2023 | CRTRPT | 1,614.06 | B | VENDOR: Lexitas INVOICE#: 289533 DATE: 3/28/2023   Videography - Attendance |
| 1955 | 3/30/2023 | MEDTN | 980.00 | B | VENDOR: O'Steen & O'Steen INVOICE#: 3923 DATE: 3/30/2023   Mediation Services - Jason Onacki |
| 1955 | 3/31/2023 | COMPUT | 183.62 | B | Westlaw - MOORE |
| 1955 | 4/2/2023 | CRTRPT | 1,888.58 | B | VENDOR: Lexitas INVOICE#: 290389 DATE: 4/2/2023   Videography - Attendance |
| 1955 | 4/5/2023 | DEPO | 1,462.05 | B | VENDOR: For The Record Reporting, Inc. INVOICE#: 16001 DATE: 4/5/2023   Copies of deposition transcripts. |
| 2077 | 4/5/2023 | COMPUT | 261.23 | B | Westlaw - SOMMERS |
| 1955 | 4/21/2023 | COMPUT | 246.85 | B | Westlaw - MOORE |
| 2060 | 5/8/2023 | DLVRY | 10.00 | | To Florida Dept. of Corrections |
| 1955 | 6/2/2023 | DEPO | 903.44 | B | VENDOR: Lexitas INVOICE#: 299636 DATE: 6/2/2023   Deposition Transcript for James Blackwood |
| 1955 | 7/27/2023 | COMPUT | 49.73 | B | Westlaw - MOORE |
| 1955 | 8/28/2023 | COMPUT | 940.30 | W | Westlaw - MOORE |

| Disbursements Total | $13,829.68 |
|---|---|

**Disbursement Code Summary Section (Matter)**

| Code | Description | Amount |
|---|---|---|
| AIRFAR | Airfare | 833.80 |
| CAR | Car Rental / Taxi | 156.25 |
| COMPUT | Computer Research | 4,666.82 |
| CRTRPT | Court Reporter Fee | 3,667.13 |
| DEPO | Deposition/Transcript | 2,919.69 |
| DLVRY | Delivery | 10.00 |
| HOTEL | Hotel / Lodging | 240.69 |
| MEAL | Meals | 18.30 |
| MEDTN | Mediation Expenses | 980.00 |
| SOP | Service of Process | 337.00 |

| Client: | 271021 | Florida Department of Corrections | Bill Tkpr: | 1955 | Moore, Thomasina F. | Client Last Payment: | 9/7/2023 |
| Matter: | 3 | Boan, Marie | Resp Tkpr: | 1955 | Moore, Thomasina F. | Matter Last Billed: | 8/29/2023 |

Disbursement Code Summary Section (Matter)

| Code | Description | Amount |
| --- | --- | --- |

Disbursement Code Summary Total      $13,829.68

| Matter: | 3 | Boan, Marie | Fees | 0.00 |
| | | | Disb | 13,829.68 |
| | | | Total | $13,829.68 |

Start Time: 11:22 AM

End Time: 11:22 AM